**FARKAS & DONOHUE, LLC**
25A Hanover Road – Suite 320
Florham Park, New Jersey 07932
(973) 443-9400
(973) 443-4330 Fax
Attorneys for Defendant St. Joseph's Regional Medical Center
Our File No.: StJI-124

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAMMY FLETCHER,<br><br>Plaintiff,<br><br>v.<br><br>St. Joseph's Regional Medical Center, St. Joseph's Family Medicine and Marc Melincoff, M.D., et al.<br><br>Defendant. | Hon. Jose L. Linares<br><br>Civil Action No. 10-1499 (JLL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS hereby stipulated and agreed that any and all claims against St. Joseph's Regional Medical Center, including but not limited to any and all potential damages which could possibly be recovered pursuant to the decision of *Alfone v. Sarno*, 87 *N.J.* 99 (1980), *Mauro v. Raymark Industries, Inc.*, 116 *N.J.* 126 (1989), the Wrongful Death Act, *N.J.S.A.* 2A:3-1, *et seq.*, and the Survival Act, *N.J.S.A.* 2A:15-3, *et* seq., be and are hereby dismissed with prejudice and without costs against either party.

**Farkas & Donohue, LLC**
Attorneys for Defendant St. Joseph's Regional Medical Center

By: _____
Nancy Crosta-Landale, Esq.

Dated: 6/4/13

**Ross, Feller Casey, LLP**
Attorneys for Plaintiff

By: _____
Gregory Haroutounian, Esq.

Dated: 4/26/13

<table>
<tr><td>

**United States Attorney's Office**
Attorneys for Defendant United States of America

Paul J. Fishman
United States Attorney

By: _/s/ Michael Campion_
Michael Campion
Assistant U.S. Attorney

Dated: 6/4/13

</td><td>

**Marshall, Dennehy, Warner,
Coleman & Goggin**
Attorneys for Defendant Vidor
Bernstien, M.D.

By: _____
Robert T. Evers, Esq.

Dated:

</td></tr>
</table>

**United States Attorney's Office**
Attorneys for Defendants USA, Paterson Community
Health Center, and Dr. Karen York-Young

**Marshall, Dennehy, Warner,
Coleman & Goggin**
Attorneys for Defendant Vidor
Bernstien, M.D.

By: _____
James B. Clark, III Esq.

By: _/s/_____
Robert T. Evers, Esq.

Dated:

Dated:

SO ORDERED: _/s/_____
DATED: 6/5/13