# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-3507

Tammy Fletcher, et al v. St. Joseph Regional Medical Ce, et al

2-10-cv-01499

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  10/8/2013

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

cc: Paul A BlaineEsq.
Michael CampionEsq.
John M. PintoEsq.
Robert RossEsq.